## SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

DAWN L. JENNINGS  
215-279-9726  
djennings@srstlaw.com

www.srstlaw.com

TOWER COMMONS  
123 EGG HARBOR ROAD  
SUITE 406  
SEWELL, NJ 08080  
856-354-8074  
(F)856-354-8075

May 4, 2021

*Via Electronic Mail*  
Honorable Kenneth M. Karas  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

## MEMO ENDORSEMENT

RE: **Clover Springer and Jhanille Hancel v. ABF Freight System, Inc.**
    **U.S.D.C. S.DN.Y. Civil Action No. 20-cv-5664**
    **Our File No. 202255**

Dear Judge Karas:

Kindly be advised we represent defendant ABF Freight System, Inc. in this above referenced matter. Currently, a status conference is scheduled for May 13, 2021, at 11:30 a.m. We received correspondence from Dawn Bordes of your chambers requesting the parties seek an adjournment of this conference to a date after the close of discovery. Currently, discovery, including expert discovery, is to be completed by June 30, 2021. Accordingly, we request that the status conference be scheduled for a date and time after June 30, 2021. We spoke to plaintiffs' counsel, Kenneth Kerner, Esquire and he has no objection to this request.

Thank you for your courtesy and cooperation with regard to this matter.

Very truly yours,

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: *Dawn Jennings*  
    Dawn L. Jennings

cc: Kenneth Kerner, Esquire via electronic filing

The Court will adjourn the May 13, 2021 status conference and instead hold a status conference on July 14, 2021 at 10:30am.

White Plains, NY  
May 4, 2021

SO ORDERED  
*/s/ Kenneth M. Karas*  
KENNETH M. KARAS U.S.D.J.

{00406930.DOCX}