UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
J.H., an infant, by CLOVER SPRINGER,
her legal guardian, and CLOVER SPRINGER,
individually,

                Plaintiffs,                              20-cv-5664 (AEK)

          -against-                                   **ORDER**

ABF FREIGHT SYSTEM, INC.,

                Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has been notified that the parties have reached a settlement in this matter. With respect to the claim of infant plaintiff J.H., at an infant compromise hearing held on November 29, 2021, the Court found the proposed settlement to be fair and reasonable, and the Court has signed and entered an infant compromise order in accordance with Local Civil Rule 83.2.

       Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated:  November 29, 2021
          White Plains, New York

                                                    **SO ORDERED:**

                                                     _____
                                                   ANDREW E. KRAUSE
                                                   United States Magistrate Judge